


U.S. Department of Homeland Security | Subject ID : 317158613

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | MATA-AGUILAR, Sergio |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| File Number | Case No:ABQ1105000170 A091438120 |
| Height | 69 |
| Weight | 145 |
| Occupation | unemployed |
| U.S. Address | 10501 JENARO ST SW ALBUQUERQUE, NEW MEXICO, 87121, |
| Scars and Marks | See Narrative |
| Date, Place, Time, and Manner of Last Entry | 5/4/1992, Unknown Time, ELP, LPR |
| Passenger Boarded at | |
| F.B.I. Number | [redacted] |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | UNKNOWN MONTERREY, NUEVO LEON, MEXICO |
| Method of Location/Apprehension | NCA 511.2.2 |
| Date of Birth | 06/15/1966 Age: 44 |
| Date of Action | 05/19/2011 |
| Location Code | ELP/ABQ |
| At/Near | ALBUQUERQUE, NM |
| Date/Hour | 05/18/2011 1343 |
| City, Province (State) and Country of Birth | MONTERREY,NUEVO LEON,MEXICO |
| AR | ☒ |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | See Narrative |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | Legal Permanent |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | |
| Social Security Number | 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 |
| Length of Time Illegally in U.S. | NOT APPLICABLE |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | See Narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | CLAIMS 2 USC KIDS |
| Father's Name, Nationality, and Address, if Known | MATA, Enrique NATIONALITY: MEXICO |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | AGUILAR, Blanca NATIONALITY: MEXICO |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: [redacted]

Left Index fingerprint

Right Index fingerprint

NCIC Level 1

OTHER ALIASES KNOWN BY:
-----------------------
AGUILAR,SERGIO

SCARS, MARKS, AND TATTOOS
-------------------------
...(CONTINUED ON I-831)

Alien has been advised of communication privileges 05-19-2011 JC (Date/Initials)

JORGE CASANOVA
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Immigration Officer)

Distribution:

FILE

SIEA

CAMP

Received: (Subject and Documents) (Report of Interview)

Officer: JORGE CASANOVA

on: May 19, 2011 at 1230 (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: GEORGE SCHOEN [signature]

Form I-213 (Rev. 08/01/07)








U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| MATA-AGUILAR, Sergio | A091438120<br>Event No: ABQ1105000170 | 05/18/2011 |

MONTERREY
HECHO EN MEXICO
HEART "MOM"
DYANE
GUADALUPE VIRGEN
PUZZLE
YOLANDA

ARRESTING AGENTS
----------------
JORGE CASANOVA
STANLEY ROWELL

RECORDS CHECKED
---------------
CIS Pos
CLAIM Pos
EARM Pos
IAFIS Pos
NCIC Neg

CHARGE CODES
------------
R2A3
R2E1

Record of Deportable/Excludable Alien:
ENCOUNTER DATA
Subject Sergio Mata-Aguilar was referred to the Albuquerque Resident Office Fugitive Operations Team by the Probation and Parole Team from the Albuquerque Resident Office. Mata was referred due to his possibly being amendable to removal. An investigation was conducted and it was determined that Mata is amendable to removal. This case was consulted with the Office of the Chief Counsel at El Paso, Texas since Mata is a LPR. Attorney Pleters concurred that he can be issued a Notice to Appear based on his criminal convictions.

On May 18, 2011, at approximately 1:30 p.m. Mata was encountered during Headquarters Operation Cross Check by Immigration Enforcement Agent J. Casanova who observed Mata leaving his house driving a white Dodge Ram Pick-up with plate LCB 469. Agent Casanova observed him driving northbound on 98th street, dropped off a female near Avenida Dennis Chaves and turned around on 98th Street heading southbound. Albuquerque Police Department was notified and additional units were requested since Mata had ran over a Police Officer using his vehicle in the past causing severe damage to the officer. Around 1:42pm Agent Casanova observed Mata pulling in at the Walgreens parking lot located in the Corner of 98th street and Gibson Ave. Mata parked the vehicle, exited the vehicle and self surrendered without any problems. Albuquerque Police Officers Garcia# 3264, Sedillo #2112 and Crook #3999 arrived at the scene and helped with the arrest. Mata was identified, questioned and arrested without incident. Mata knew that ICE agents were seeking for him for over a year. Mata was then transported to the Albuquerque Resident Office for processing.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JORGE CASANOVA | IMMIGRATION ENFORCEMENT AGENT |




U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| MATA-AGUILAR, Sergio | A091438120<br>Event No: ABQ1105000170 | 05/18/2011 |

ADDITIONAL INFORMATION

Mata was arrested on two different occasions (February 2, 2006 and January 8, 2007) but was released due to the conviction documents not being available at the time. NTA was never issued or served on those encounters.

ENTRY DATA

Mata adjusted status to that of a Lawful Permanent Resident on May 04, 1992 under Section 245 of the Immigration and Nationality Act.

IMMIGRATION HISTORY
I-90 application was approved on May 27, 2004. Card expires May 27, 2014.

CRIMINAL HISTORY
FBI#464092RA9

Mata was on September 08, 2006, convicted in the Second Judicial District Court, State of New Mexico, County of Bernalillo for the offenses of Battey Upon a Police Officer, a 4th degree felony, in violation of 30-22-24 NMSA 1978, Aggravated DWI (5th Offense), a 4th degree felony, in violation of 66-8-102 NMSA 1978 and Resisting, Evading, Obstructing an Officer, a misdemeanor, in violation of 30-22-1 NMSa1978, for which he was sentenced to 4 Years and 179 days. Case No. CR2006-00225

Mata was on September 13, 2002, convicted in the Second Judicial District Court, State of New Mexico, County of Bernalillo for the offenses of DWI (4th) and Driving while license suspended or revoked, for which he was sentenced to 2 Years and 6 months.
Case No. CR2002-01931

Mata was on February 21, 1997, convicted in the Bernalillo County Metropolitan Court, for the offense of Battery-Domestic Violence, in violation of 30-3-4 NMSA1978, for which he was sentenced to 5 days. Case No. DD531594.

Mata was on May 25, 1990, convicted in the Bernalillo County Metropolitan Court, for the offense of Battery-Domestic Violence, in violation of 30-3-4 NMSA1978, for which he was sentenced to 180 days. Case No. CR190.

SQ-11/NN-13 records checks for outstanding wants, warrants, and lookouts were negative.

BASIS FOR ICE CHARGES
Mata makes no claim to USC and is amenable to removal under Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, he has been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, a crime of violence (as defined in section 16 of Title 18, United States Code, but not including a purely political offense) for which the term of imprisonment ordered is at least one year.

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in that he is an alien who at any time after entry has been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment.

DISPOSITION
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JORGE [illegible] | IMMIGRATION ENFORCEMENT AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)


U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| MATA-AGUILAR, Sergio | A091438120<br>Event No: ABQ1105000170 | 05/18/2011 |

Mata was advised of his right to speak to a consulate officer from Mexico.
Mata states he has no fear of persecution or torture if removed to Mexico.
Mata has no immigration petitions or applications pending with Citizenship and Immigration Services.
Mata requested a hearing before an immigration judge.
Mata was provided a list of free legal services.
Mata claims to be in good health and states he is not currently under the care of a physician nor is taking any medications.

Mata successfully completed a phone call on May 18, 2011 at 2:30pm.
Person/relationship/number called: Yolanda Perez/girlfriend/505-480-6991
Phone called witnessed by IEA Casanova.

| Signature | Title |
|---|---|
| JORGE CASANOVA | IMMIGRATION ENFORCEMENT AGENT |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)