IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **SERGIO MATA AGUILAR,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-13-CA-141-FM |
| | § | |
| **ELIAS GASTELOS, JR.,** Chief Counsel; | § | |
| **GUADALUPE R. GONZALEZ,** | § | |
| Immigration Judge; **BOARD OF** | § | |
| **IMMIGRATION APPEALS,** | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this day, the court entered its "Order of Dismissal for Lack of Jurisdiction," which dismisses Plaintiff's claims against Defendants without prejudice. The court now enters its final judgment pursuant to Federal Rule of Civil Procedure 58.

The court **DISMISSES** the above-captioned cause **WITHOUT PREJUDICE**. The Clerk of the Court is instructed to **STRIKE** this matter from the docket, and there being no just cause for delay, this is a **FINAL** and **APPEALABLE** Judgment.

All pending motions in this matter, if any, are **DENIED** as **MOOT**. The Clerk of the Court is instructed to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **16th** day of **October**, **2013**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**